**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MICHAEL KREIDEL, | Case No. 2:14-CV-02078-APG-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| CLARK COUNTY and STATE OF NEVADA, | (DKT. #5) |
| Defendants. | |

On June 2, 2015, Magistrate Judge Leen entered her Report of Findings and Recommendation (Dkt. #5) recommending I dismiss this complaint because the plaintiff failed to file an amended complaint by March 19, 2015 as ordered. Plaintiff Michael Kreidel did not file an objection to that recommendation.

I conducted a *de novo* review of the issues set forth in the Report of Findings and Recommendation. 28 U.S.C. § 636(b)(1). Judge Leen's Report and Recommendation sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that Report of Findings and Recommendation (Dkt. #5) is accepted.

IT IS FURTHER ORDERED that this action is dismissed without prejudice.

DATED this 8th day of July, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE