**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MICHAEL KREIDEL, | Case No. 2:14-CV-02078-APG-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| CLARK COUNTY and STATE OF NEVADA, | (DKT. #9) |
| Defendants. | |

I previously accepted the Magistrate Judge's recommendation that this case be dismissed without prejudice because the plaintiff failed to file an amended complaint by March 19, 2015 as directed. (Dkt. #6.)  Two and a half months later, plaintiff Michael Kreidel filed a motion for an extension of time in which to file an amended complaint. (Dkt. #9.)  Kreidel requests an additional 6 months to a year to amend his complaint.  Kreidel does not explain why he needs so much time to amend his complaint.

I nevertheless will grant Kreidel an additional 30 days from the date of this order to amend his complaint.  Absent extraordinary circumstances, no further extensions will be permitted.

IT IS THEREFORE ORDERED that plaintiff Michael Kreidel's motion for an extension of time to file an amended complaint **(Dkt. #9) is GRANTED**.  Plaintiff must file an amended complaint within 30 days of the date of entry of this order.

DATED this 5th day of October, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE