## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL KREIDEL,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CLARK COUNTY and STATE OF NEVADA,<br><br>　　　　　　Defendants. | Case No. 2:14-CV-02078-APG-PAL<br><br>**ORDER DISMISSING CASE**<br><br>(DKT. #11) |

　　　　I previously dismissed this case without prejudice because plaintiff Michael Kreidel failed to file an amended complaint by March 19, 2015 as directed. (Dkt. #6.) Two and a half months later, Mr. Kreidel filed a motion seeking six to twelve more months in which to file an amended complaint. (Dkt. #9.) Mr. Kreidel did not explain why he needs so much time to amend his complaint, but I nevertheless granted him an additional 30 days. (Dkt. #10.) I warned him that, absent extraordinary circumstances, no further extensions would be permitted. (*Id.*)

　　　　On November 2, 2015, Mr. Kreidel filed a "motion:response" to my order purporting to explain why he needs additional time. (Dkt. #11.) However, nothing in that paper explains why he could not file an amended complaint within the provided time frame. Because he has not filed an amended complaint, this case will be dismissed without prejudice.

　　　　IT IS THEREFORE ORDERED that this case is dismissed without prejudice. The clerk is directed to close this file.

　　　　DATED this 11th day of December, 2015.



　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE